**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| United States of America, | ) | No. | CR 05-1308-PHX-JAT |
| | ) | | CV 06-0949-PHX-JAT (JI) |
| Plaintiff/Respondent, | ) | | |
| | ) | **ORDER** | |
| vs. | ) | | |
| | ) | | |
| Francisco Quinonez-Jimenez, | ) | | |
| | ) | | |
| Defendant/Petitioner/Movant. | ) | | |
| | ) | | |

Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, as amended (Doc. #16). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #29) recommending that the Motion be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #29) is **ACCEPTED and ADOPTED**;

1    **IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct
2 Sentence pursuant to 28 U.S.C. § 2255, as amended (Doc. #16) is **DENIED WITH**
3 **PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly.

4    DATED this 28th day of November, 2006.

_____
James A. Teilborg
United States District Judge